FILED

2015 OCT 22 PM 2: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____WP\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13CR3621-BEN |
|---|---|
| Plaintiff, | ) JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) |
| LUIS OMAR ALVARADO LOPEZ, | ) |
| Defendant. | ) |

Upon the joint motion of the parties, the United States' ex parte filing, and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed with prejudice in the interests of justice.

IT IS SO ORDERED.

DATED: October 15, 2015.

HONORABLE ROGER T. BENITEZ